IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IRA M. CAMPBELL, III and<br>SHERRY LYNN CAMPBELL<br><br>Plaintiffs,<br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>JOHNSON & JOHNSON, DEPUY, INC.<br>JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:11-cv-00215<br><br>Hon. Todd J. Campbell<br><br>JURY TRIAL DEMANDED |

## ORDER ON AGREED MOTION TO STAY

The parties to this action having jointly moved the Court to stay all proceedings in this case pending resolution of a motion that is currently before the Judicial Panel on Multidistrict Litigation, seeking establishment of a multi-district litigation proceeding, it is hereby **ORDERED** that proceedings in this case are **STAYED** pending resolution of the motion before the Judicial Panel on Multidistrict Litigation.

NASHVILLE, TENNESSEE, this ____ day of _____, 2011.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

9461403.1