# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IRA M. CAMPBELL, III, et al, | ) |
| | ) Civil Case No. 3:11-0215 |
| Plaintiffs, | ) Judge Campbell |
| | ) |
| | ) |
| DEPUY ORTHOPAEDICS, INC., et al | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Pursuant to Conditional Transfer Order (CTO-1) of the Judicial Panel on Multidistrict Litigation, Docket No. 2244 , this case is hereby transferred to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to administratively close the case on the records of this Court and electronically transmit the file to the United States District Court for the Northern District of Texas.

It is so **ORDERED.**

Todd J. Campbell
United States District Judge